REBECCA G. BOWEN, Respondent, *v.* ALPHONSUS L. POOLE et al., Defendants.

TRACHSON BUILDING CORPORATION, Appellant.

(Submitted January 7, 1931; decided February 10, 1931.)

*Lloyd B. Kanter* for appellant.
*Fred L. Gross* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.